**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>              Plaintiff         )  <br>                                )  <br> v.                             )  <br>                                )   Criminal No. 05-33-P-S  <br> ROSS WHEATON,                  )  <br>                                )  <br>              Defendant        )  <br>                                )  <br>                                )  | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 28, 2005, his Recommended Decision (Docket No. 31). Rhonda Millett filed her Objection to the Recommended Decision (Docket No. 33) on October 17, 2005. The Government filed its Response to Objection (Docket No. 39) on November 2, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. The Government's Motion to Dismiss Petition of Rhonda Millett (Docket No. 20) is GRANTED. The Petition of Rhonda Millett (Docket No. 30) is DISMISSED.

                                        /s/ George Z. Singal
                                        Chief U.S. District Judge

Dated this 21st day of November, 2005.